IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Donnie Miller, : | |
| : | |
| Petitioner(s), : | |
| : | Case Number: 1:15cv688 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Warden, Ross Correctional Institution, : | |
| : | |
| Respondent(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on December 12, 2015 (Doc. 3), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired December 21, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, this case is DISMISSED for lack of prosecution.

IT IS SO ORDERED.

                                                                                                         s/Susan J. Dlott  
                                                                                                          Judge Susan J. Dlott  
                                                                                                          United States District Court